IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METHACTON SCHOOL DISTRICT** *Plaintiff* | : : : : | **CIVIL ACTION** NO. 16-2582 |
| v. | : : | |
| **D.W. and R.W., on behalf of G.W., a minor,** **and individually on their own behalf** *Defendants* | : : : | |

# ORDER

**AND NOW**, this 6th day of October 2017, upon consideration of the *cross-motions for summary judgment and/or judgment on the supplemented administrative record* filed by Plaintiff Methacton School District ("Plaintiff"), [ECF 26], and by Defendants D.W. and R.W., individually and on behalf of their minor child G.W. ("Defendants"), [ECF 27, 28], the respective responses in opposition, [ECF 31, 32], Plaintiff's reply, [ECF 35], the parties' supplemental memoranda addressing new authority, [ECF 38, 39], the administrative record, [ECF 18], and supplements to the administrative record, [ECF 19-2, 19-3, 19-4, 29-4], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that:

1. Plaintiff's motion for summary judgment and/or judgment on the supplemented administrative record, [ECF 26], is **DENIED**;

2. Defendants' motion for summary judgment and/or judgment on the supplemented administrative record, [ECF 27], is **GRANTED**. Consequently, Defendants are entitled to *only* the reimbursement of tuition, as determined by the Hearing Officer; and

3. The decision of the Hearing Officer is **AFFIRMED**.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*